UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIGO VASQUEZ HERNANDEZ,

    Petitioner,

v.

RANDY GROUNDS,

    Respondent.

Case No. 15-cv-03279-TEH

**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED**

    Petitioner Rodrigo Vasquez Hernandez has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This is the third such petition he has filed in this Court. The Court denied the first petition on August 3, 2009 (Case No. C08-2892 TEH, ECF No. 14), and dismissed without prejudice the second petition on January 24, 2011 (Case No. C11-0119 TEH, ECF No. 3).

    It does not appear that Petitioner has received permission from the United States Court of Appeals for the Ninth Circuit to file this successive petition, as required by 28 U.S.C. § 2244(b)(3)(A). Accordingly, IT IS HEREBY ORDERED that, on or before **July 31, 2015**, Petitioner shall show cause as to why this case should not be dismissed. Failure to file a timely response will result in dismissal of this case without prejudice.

**IT IS SO ORDERED.**

Dated: 07/21/15

    _/s/ Thelton Henderson_____
THELTON E. HENDERSON
United States District Judge