UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIGO VASQUEZ HERNANDEZ,
   Petitioner,

v.

RANDY GROUNDS,
   Respondent.

Case No. 15-cv-03279-TEH

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Having dismissed Petitioner Rodrigo Vasquez Hernandez's petition for writ of habeas corpus for lack of jurisdiction, this Court now DENIES a certificate of appealability. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: 09/25/15

           _____
           THELTON E. HENDERSON
           United States District Judge